In the Matter of the Probate of the Will of BESSIE MILLENS, Deceased.

MAX MILLENS et al., Appellants; SARAH KRAMER et al., Respondents.

Submitted June 18, 1943; decided July 20, 1943.

*Chris J. Flanagan* for appellants.

*Kenneth S. MacAffer* and *Carl O. Olson* for respondents.

Order affirmed, with costs to respondents payable out of the estate.  No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.